EXHIBIT 1



### PEACE, SHAWNA VS. MAXIMUS FEDERAL SERVICES, INC.

**LAUREL CIRCUIT COURT**

**22-CI-00863**

Filed on **12/08/2022** as **TORT – OTHER** with **HON. MICHAEL CAPERTON**

**\*\*\*\* NOT AN OFFICIAL COURT RECORD \*\*\*\***

| Case Memo | 22-CI-00863 |
|---|---|
| *TORT OTHER* | |

EXHIBIT 1

| Parties | 22-CI-00863 |
|---|---|

**MAXIMUS FEDERAL SERVICES, INC.** as **DEFENDANT / RESPONDENT**

**Memo**

Registered Agent of Service exists.

**Address**

1600 TYSONS BOULEVARD
SUITE 1400
MC LEAN VA 22102

**Summons**

**CIVIL SUMMONS** issued on **12/08/2022** served / recalled on **12/12/2022** by way of **CERTIFIED MAIL**
*92360901940383979860084Successful*
**CIVIL SUMMONS** issued on **12/08/2022** served / recalled on **12/13/2022** by way of **CERTIFIED MAIL**
*92360901940383979861114Successful*

**PEACE, SHAWNA** as **PLAINTIFF / PETITIONER**

**Address**

500 CORBIN MANOR APT. 16
CORBIN KY 40701

**MAYO, LA TOI D.** as **ATTORNEY FOR DEFENDANT**

**Address**

LITTLER MENDELSON, P.S.C.
333 W. VINE STREET, SUITE 1720
LEXINGTON KY 40507

**RUSIE, JENNIFER** as **ATTORNEY FOR DEFENDANT**

**Address**

JACKSON LEWIS, P.C.
611 COMMERCE STREET, SUITE 3102
NASHVILLE TN 37203

**SCHARFENBERGER, KURT ANTHONY** as **ATTORNEY FOR PLAINTIFF**

**Address**

KURT A SCHARFENBERGER
9000 WESSEX PLACE, SUITE 204
LOUISVILLE KY 40222

**CORPORATION SERVICE COMPANY** as **REGISTERED AGENT OF SERVICE**

**Memo**

Related party is MAXIMUS FEDERAL SERVICES, INC.

**Address**

421 WEST MAIN STREET
FRANKFORT KY 40601

EXHIBIT 1

| Documents | 22-CI-00863 |
|---|---|
| **COMPLAINT / PETITION** filed on **12/08/2022** | |
| **INTERROGATORIES & REQUEST FOR PRODUCTION OF DOCUMENTS** filed on **12/08/2022** | |
| **STIPULATION** filed on **01/03/2023** <br> *REGARDING EXTENSION OF TIME TO FILE RESPONSE* | |
| **TENDERED DOCUMENT** filed on **01/09/2023** <br> *AGREED ORDERPLACED IN JUDGE'S BASKET* | |

| Images | 22-CI-00863 |
|---|---|
| **COMPLAINT / PETITION** filed on **12/08/2022**   *Page(s): 3* | |
| **SUMMONS** filed on **12/08/2022**   *Page(s): 1* | |
| **SUMMONS** filed on **12/08/2022**   *Page(s): 1* | |
| **INTERROGATORIES & REQUEST FOR PRODUCTION OF DOCUMENTS** filed on **12/08/2022**   *Page(s): 15* | |
| **COURTESY FINANCIAL TRANSACTION REPORT** filed on **12/08/2022**   *Page(s): 1* | |
| **SUMMONS - RETURN OF SERVICE** filed on **12/19/2022**   *Page(s): 1* | |
| **SUMMONS - RETURN OF SERVICE** filed on **12/19/2022**   *Page(s): 1* | |
| **STIPULATION** filed on **01/03/2023**   *Page(s): 2* | |
| **TENDERED DOCUMENT** filed on **01/09/2023**   *Page(s): 2* | |

**\*\*\*\* End of Case Number : 22-CI-00863 \*\*\*\***

EXHIBIT 1

Filed          22-CI-00863      12-08-2022      Roger Schott, Laurel Circuit Clerk

NOT ORIGINAL DOCUMENT
01-11-2023 11:02:53 AM
88988

**CIVIL ACTION NO.** _____       **LAUREL CIRCUIT COURT**

**DIVISION**_____

**JUDGE:  ------------**

**SHAWNA PEACE**                                                      **PLAINTIFF**
**500 CORBIN MANOR APT. 16**
**CORBIN, KY 40701**

**V.**

**COMPLAINT**

**MAXIMUS FEDERAL SERVICES, INC.**                    **DEFENDANT**
**1600 TYSONS BOULEVARD**
**SUITE 1400**
**MCLEAN, VA 22102**

**SERVE:        CORPORATION SERVICE COMPANY**
                **421 WEST MAIN STREET**
                **FRANKFORT, KY 40601**

## I.        INTRODUCTION

Comes the Plaintiff, SHAWNA PEACE (hereinafter "PEACE" or "Plaintiff"), and for Plaintiff's Complaint against the Defendant. MAXIMUS FEDERAL SERVICES, INC. (hereinafter "MAXIMUS FEDERAL SERVICES, INC." states as follows:

## II.        PARTIES, JURISDICTION AND VENUE

1.        Plaintiff PEACE is a Kentucky resident living in Kentucky.

2.        Defendant MAXIMUS FEDERAL SERVICES, INC. is a corporation doing business in Kentucky.  Defendant is a Kentucky corporation. The Defendant maintains an operations facility within LAUREL County, Kentucky.

3.        Venue is proper in LAUREL Circuit Court pursuant to Kentucky Revised Statutes ("KRS"), Chapter 452, because the events that give rise to the causes of action in this case occurred in LAUREL County, Kentucky.   The amount in controversy exceeds the jurisdictional limit of

Presiding Judge: HON. MICHAEL CAPERTON (627365)

COM : 000001 of 000003

EXHIBIT 1

Filed          22-CI-00863     12-08-2022     Roger Schott, Laurel Circuit Clerk

NOT ORIGINAL DOCUMENT
9/18/2023 11:02:53 AM
88488

this court, but is less than $75,000 inclusive of fees, punitive damages and the fair value of any injunctive relief.

### III.   CLAIMS AND CAUSES OF ACTION

4.      PEACE is former employee of the Defendant.  The Defendant employed the Plaintiff at its facility in London, KENTUCKY. PEACE worked for MAXIMUS FEDERAL SERVICES, INC. from December 2021 until May 2022.  Plaintiff worked as a customer service representative.

5.      During Plaintiff's employment the Plaintiff was repeatedly subjected to inappropriate sexual comments of a sexual nature.  The comments were made by (supervisor) Michael Reidman and included (but were not limited) requests for sex.

6.      PEACE complained about and reported sexual harassment in the workplace to manager Julia Singer.  PEACE's complaints were in accordance with MAXIMUS FEDERAL SERVICES, INC.'S policies.

7.      In response to PEACE's complaints, MAXIMUS FEDERAL SERVICES, INC. retaliated against the Plaintiff by worsening the harassment and altering Plaintiff's employment conditions. The constant retaliation and abuse had an adverse impact on Plaintiff's ability to work and lead to Plaintiff's constructive discharge.

### IV.   CLAIMS AND CAUSES OF ACTION
### A.   HOSTILE WORK ENVIRONMENT

8.      PEACE re-alleges all allegations contained in Paragraphs 1 through 7 above as if fully set forth herein.

9.      The Defendants' actions constitute sexual harassment and unlawful constructive discharge under the Kentucky Civil Rights Act, Chapter 344 *et. seq.* (hereinafter "KRS 344").

2

Presiding Judge: HON. MICHAEL CAPERTON (627365)

COM : 000002 of 000003

EXHIBIT 1

Filed        22-C-00863      12-08-2022      Roger Schott, Laurel Circuit Clerk

NOT ORIGINAL DOCUMENT
01-11-2023 11:02:53 AM
88088

## B . UNLAWFUL RETALIATION KRS 344.280

10.      PEACE re-alleges all allegations contained in Paragraphs 1 through 9 above as if fully set forth herein.

11.      Defendant's actions constitute retaliation in violation of KRS 344.280 *et seq.*

## V.      PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff respectfully prays that Plaintiff be awarded the following relief and all other relief to which Plaintiff is entitled:

A.      Trial by jury;

B.      Judgment against the Defendant on all claims asserted herein;

C.      Compensatory damages including but not limited to past and future lost wages and past and future lost benefits;

D.      Compensatory damages including but not limited to emotional distress, mental anguish, humiliation and embarrassment;

E.      Punitive damages to punish and deter similar future unlawful conduct;

F.      An award of statutory attorney fees, costs and expenses; and

G.      Statutory interest on all damages awards, verdicts or judgments.

/s/ Kurt A. Scharfenberger

Kurt A. Scharfenberger
9000 Wessex Place, Suite 204
Louisville, Kentucky 40222
(502) 561-0777 (phone)
(502) 236-0888 (fax)
*Kurt@Scharfenberger-law.com*

*Attorney for the Plaintiff*

Presiding Judge: HON. MICHAEL CAPERTON (627365)

COM: 000003 of 000003

3

EXHIBIT 1

AOC-E-105  Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice    *Courts.ky.gov*

CR 4.02; Cr Official Form 1



**CIVIL SUMMONS**

NOT ORIGINAL DOCUMENT

Case #: **22-CI-00863**
Court: **CIRCUIT**
County: **LAUREL**

*Plaintiff,* PEACE, SHAWNA VS. MAXIMUS FEDERAL SERVICES, INC., *Defendant*

TO:  **MAXIMUS FEDERAL SERVICES, INC.**

**1600 TYSONS BOULEVARD**

**SUITE 1400**

**MC LEAN, VA 22102**

Memo: Registered Agent of Service exists.

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ Roger Schott, Laurel
Circuit Clerk
Date: **12/8/2022**

---

**Proof of Service**

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20 _____

_____
Served By

_____
Title

Summons ID: @00000214211
CIRCUIT: 22-CI-00863 Certified Mail
PEACE, SHAWNA VS. MAXIMUS FEDERAL SERVICES, INC.



Page 1 of 1

*eFiled*

Presiding Judge: HON. MICHAEL CAPERTON (627365)

CI : 000001 of 000001

EXHIBIT 1

| AOC-E-105    Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice      Courts.ky.gov<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | NOT ORIGINAL DOCUMENT<br>Case #: **22-CI-00863**<br>Court:   **CIRCUIT**<br>County: **LAUREL** |

*Plantiff,* **PEACE, SHAWNA VS. MAXIMUS FEDERAL SERVICES, INC.**, *Defendant*

TO:  **CORPORATION SERVICE COMPANY**

   **421 WEST MAIN STREET**

   **FRANKFORT, KY 40601**

Memo: Related party is MAXIMUS FEDERAL SERVICES, INC.

The Commonwealth of Kentucky to Defendant:
**MAXIMUS FEDERAL SERVICES, INC.**

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons.  **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ Roger Schott, Laurel
Circuit Clerk
Date: **12/8/2022**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

Date: _____, 20 _____

Served By _____

Title _____

Summons ID: @00000214212
CIRCUIT: 22-CI-00863 Certified Mail
PEACE, SHAWNA VS. MAXIMUS FEDERAL SERVICES, INC.

Page 1 of 1



Presiding Judge: HON. MICHAEL CAPERTON (627565)

CI : 000001 of 000001

*e*Filed

EXHIBIT 1

Filed          22-CI-00863      12-08-2022      Roger Schott, Laurel Circuit Clerk

NOT ORIGINAL DOCUMENT
01/11/2023 11:03:27 AM
88988

CIVIL ACTION NO. _____                    **LAUREL CIRCUIT COURT**

**DIVISION _____**

**JUDGE _____**

**SHAWNA PEACE**                                                              **PLAINTIFF**

**v.**

**MAXIMUS FEDERAL SERVICES, INC..**                              **DEFENDANT**

### PLAINTIFF'S FIRST SET OF INTERROGATORIES
### AND REQUEST FOR PRODUCTION OF DOCUMENTS
### <u>PROPOUNDED TO DEFENDANT</u>

**(Electronically Filed)**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

Pursuant to Kentucky Rules 33 and 34 of the Kentucky Rules of Civil Procedure, the Plaintiff, through counsel, propounds this First Set of Interrogatories and Request for Production of Documents to the Defendant.  The Interrogatories are to be answered in writing, under oath, within forty-five (45) days of the date of service hereof.  Defendant is requested to produce for inspection and/or copying all documents responsive to the Request for Production to Kurt A. Scharfenberger, 9000 Wessex Place, Suite 204, Louisville, Ky 40222, within forty-five (45) days of service hereof.

These Interrogatories and Request for Production of Documents are deemed continuing in nature, requiring amended or supplemental answers in conformity with Rule 26.05 of the Kentucky Rules of Civil Procedure.  The instructions and definitions to be utilized in complying with these Interrogatories and Request are as follows:

Presiding Judge: HON. MICHAEL CAPERTON (627365)

IRPD : 000001 of 000015

Filed        22-CI-00882    12-08-2022    Rogers School Laurel Circuit Clerk
NOT ORIGINAL DOCUMENT
01/31/2023 11:03:27 AM
88088

### DEFINITIONS AND INSTRUCTIONS

1.      "You" or "your" shall mean and refer to the Defendant to which these

Interrogatories and Request are directed, and its attorneys, investigators, agents, consultants,

experts, representatives or any other person acting on the Defendant's behalf or at its request.

2.      If you make an objection to any portion of Plaintiff's Interrogatories and Request,

state the specific objection as it relates to each particular portion of the Interrogatory or Request

to which you are objecting.  For the purpose of avoiding confusion and to identify the specific

discovery disputes raised by your responses do not "string cite" boilerplate objections.  (e.g.

oppressive, burdensome or harassing etc.)

3.      If you object to any time frame for which a specific Interrogatory or Request

seeks information, indicate the time frame for you which are providing a response.

4.      If you make "General Objections" to all of Plaintiff's First Set of Interrogatories

and Request for Production of Documents provide your legal basis under the Kentucky Rules of

Civil Rules of Civil Procedure for such objections.

5.      If a response to Plaintiff's Interrogatories or Request has both an objection and a

sworn answer (e.g. "without waiving said objection…") please indicate your legal basis under

the Kentucky Rules of Civil Procedure for this type of "hybrid" objection/response.

6.      If in any of your responses to Plaintiff's Interrogatories or Request you intend to

claim that you are:  "unaware" of what a certain term means, and or do not "know" what a

certain term means, and or claim a term is "unknown" to you; contact counsel for the Plaintiff,

by and through your counsel, prior to the date your responses are due and request clarification as

to the meaning of the term or terms causing your confusion.  If you make a timely request, the

Plaintiff will grant you additional time to respond to the Interrogatories and or Requests which

Presiding Judge: HON. MICHAEL CAPERTON (627365)

IRPD  000002 of 000015

Filed        22-CI-00882    12-08-2022    Rogers School Laurel Circuit Clerk

EXHIBIT 1

Filed          22-CI-00863     12-08-2022     Roger Schott, Laurel Circuit Clerk
NOT ORIGINAL DOCUMENT
01-11-2023 11:03:27 AM
88988

contain the confusing term(s).  This instruction is an attempt to resolve potential discovery

disputes, without Court intervention, as required by the local Civil Rules.

      7.     The term "document" or "documents" shall be used in its broadest sense and shall

mean:  originals, drafts, and all non-identical copies and reproductions of: records; papers;

correspondence; written communications (including internal and external communications);

reports, directives; computer print-outs or tapes; summaries, records, notes, or memoranda of

telephone conversations; summaries, records, notes, motions reports, memoranda or minutes of

personal conversations, interviews, conferences or meetings; executed agreements and all other

forms of understanding; memoranda; instructions; projections; tabulations; notes; notebooks;

diaries; telephone logs; calendars; travel and expense records; worksheets; receipts; vouchers;

books of account (including ledgers, sub-ledgers, journals, sub-journals, vouchers, receipts,

invoices and billings and all other financial records); bank records and statements; canceled

checks and all vouchers or retained copies, and all debit memos or other written bank

communication; manuals; books; pamphlets; brochures; circulars; telegrams; cablegrams; tape

recordings; transcripts; newspaper or magazine clippings; all non-identical drafts of each

document listed above; and other items on which information has been recorded or stored.

Different versions of the same document with or without handwritten notation found in the

original shall be considered different documents.

      8.     The term "communication" as used herein shall mean and include any

transmission or exchange of information between two or more persons, whether orally or in

writing, and including without limitation any conversation or discussion by means of letter,

telephone, note, E-mail, text message, instant message, web E-mail, voice mail, post it note,

Presiding Judge: HON. MICHAEL CAPERTON (623365)

IRPD : 000003 of 000015

3

EXHIBIT 1

NOT ORIGINAL DOCUMENT
01 11 2023 11 03 27 AM
88038

memorandum, telegraph, fax, telecopy, cable, pdf attachment, or any other electronic or other medium.

9.      The term "person" as used herein includes individuals, firms, corporations, partnerships, joint ventures, associations, governmental entities, other entities, or groups of persons, and each division, department, and other unit thereof, unless the context clearly indicates reference only to a specific individual.

10.     The terms "and" and "or" as used herein shall be construed either conjunctively or disjunctively as required by the context to bring within the scope of these Interrogatories and Request for Production of Documents any information which might be deemed outside their scope by any other construction.

11.     The word "date" as used herein shall mean the exact day, month and year, if ascertainable, or if not ascertainable, the best approximation.

12.     The terms "referred to," "relate to" or "relating to" a given subject matter means constitutes, contains, embodies, compromises, reflects, identifies, states, deals with, comments on, responds to, describes, analyzes, or having as a subject matter, directly or indirectly, expressly or impliedly, the subject matter of the specific request.

13.     Unless otherwise stated, these Interrogatories and Request for Production refer to the period of time from November 2017 to the present.

14.     The term "Plaintiff" as used herein shall refer to the Plaintiff in this cause of action

15.     The term "Defendant" as used herein shall refer to the Defendant in this cause of action.

Presiding Judge: HON. MICHAEL CAPERTON (627365)

IRPD  000004 of 000015

EXHIBIT 1

Filed          22-CI-00863     12-08-2022        Roger Schott, Laurel Circuit Clerk
NOT ORIGINAL DOCUMENT
01-11-2023 11:03:27 AM
88988

16.    As used herein, a request to "identify" a natural person shall be deemed a request for that person's name, current home address and telephone number, and the name, address and telephone number of that person's current employer or business, if known, and whether the individual is a present or former employee of the Defendant, his or her precise job or position, titles held, the dates of employment, and the reason for termination of employment if the individual is a former employee.

17.    As used herein, a request to "identify" an entity, such as a corporation, partnership or association, means to state the name of the entity, its business address, telephone number, and name of its chief executive officer and the agent for service of process.

18.    The term "identify" when used in reference to a document shall mean a statement of the date thereof, the author and, if different, the signer or signers, their addresses, its present or last-known location or custodian and all the means of identifying it.  If any such document was, but is no longer, in your possession or subject to your control, state the present whereabouts of the document, if known.

19.    With respect to each Interrogatory relating to oral communications, it is intended and requested that the answer to each such interrogatory set forth whether the oral communication was by telephone or face to face, and set forth further the names, addresses, telephone numbers, and business positions or occupations of the persons involved in said communications; the names, addresses and telephone numbers of any other person present during such communications; the date on which such communication took place; and the time and place of said communication.  For any oral communications withheld from identification as attorney-work product, or the subject of attorney-client privilege, describe such oral

Presiding Judge: HON. MICHAEL CAPERTON (627365)

IRPD  000005 of 000015

5

Filed          22-CI-00863     12-08-2022        Roger Schott, Laurel Circuit Clerk

communication by date, parties involve and a brief description of the contents of the communication.

20.     In lieu of identifying particular documents or communications, such documents or communications may be organized, clearly labeled, and then attached to the Answer to those Interrogatories requesting identification of those documents or communications.

21.     "Describe in detail" shall mean to give a complete and full description concerning the matter about which inquiry is made, including the full name, address and telephone number of the persons involved, if appropriate, along with dates, times, places, amounts and other particulars which make the response to the Request fair and meaningful.

22.     Answers to these Interrogatories shall be responsive to the date on which the Answers to the Interrogatories are filed or served.  These Interrogatories are continuing in nature and the Defendant is required to provide such additional information as the Defendant, its attorney(s), or anyone acting on behalf of the Defendant or in concert with the Defendant may have or may obtain between the time the answers were served and the time of trial.

23.     When an Interrogatory requires you to "state the basis of" or "describe in detail" the nature of a particular claim, belief, contention, or allegation, state in your answer the identity and nature of each and every communication, fact, authority, source, document, or event which was the basis, in whole or in part, of, or which you think supports, such claim, belief, contention or allegation, and identify each person with knowledge of any communication.

24.     Wherever appropriate in these Interrogatories and Request, the singular form of a word shall be interpreted as plural.

EXHIBIT 1

Filed          22-CI-00863     12-08-2022     Roger Schott, Laurel Circuit Clerk
NOT ORIGINAL DOCUMENT
01-11-2023 11:03:27 AM
88988

25.    "And" as well as "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of these Interrogatories any information which might otherwise be construed to be outside their scope.

26.    The word "date" as used herein shall mean the exact day, month and year, if ascertainable, or if not ascertainable, the best approximation.

27.    If your response to any Interrogatory or to the Request for Production of Documents herein is other than an unqualified response, state for such Interrogatory or Request the following:

(a)    All facts that the Defendant contends supports in any manner its refusal to respond, or Defendant's qualified admission;

(b)    The identity of all documents that support in any manner Defendant's refusal to respond, or qualification of Defendant's response or admission; and

(c)    The name and address of all persons, including consultants, purported to have any knowledge of factual data upon which the Defendant bases its refusal to respond or Defendant's qualification of response or admission.

28.    If any document is withheld under a claim of privilege, furnish a detailed privilege log which identifies each document for which the privilege is claimed, including the following information:

(a)    The date of the document;

(b)    The sender(s);

(c)    The recipient(s);

(d)    The persons(s) to whom copies were furnished along with their job title(s) or position(s);

(e)    The subject matter of the document;

(f)    The basis on which the privilege is claimed; and

(g)    The paragraph of these Interrogatories and Request For Production Of Documents to which said document responds.

Presiding Judge: HON. MICHAEL CAPERTON (673365)

IRPD : 000007 of 000015

Filed          22-CI-00863     12-08-2022     Roger Schott, Laurel Circuit Clerk

29.     In the event any document referred to in the Request for Production of Documents is not in Defendant's possession, custody or control, specify what disposition was made of it and identify the person who has possession, custody or control of the document.

30.     In the event that any document referred to in the Request For Production of Documents has been destroyed, specify the date of such destruction, the manner of such destruction, the reason for such destruction, the person authorizing such destruction, and the custodian of the document at the time of its destruction.

31.     When produced, the documents must be <u>organized</u> and <u>labeled</u> in accordance with the number of the request to which they are responsive.

## <u>INTERROGATORIES</u>

## <u>INTERROGATORY NO. 1:</u>

State the complete name, business and residence address and telephone number(s) of the person(s) answering these Interrogatories and all persons assisting in the preparation of the answers to these Interrogatories.  For each person designated, please identify the Interrogatory(s) that person answered or provided assistance in answering.

<u>ANSWER:</u>


## <u>INTERROGATORY NO. 2:</u>

Identify the date the Defendant hired the Plaintiff.

<u>ANSWER:</u>


## <u>INTERROGATORY NO. 3:</u>

Identify the date the Defendant terminated the Plaintiff.

<u>ANSWER:</u>

EXHIBIT 1

Filed      22-CI-00863      12-08-2022      Roger Schott, Laurel Circuit Clerk

NOT ORIGINAL DOCUMENT
01-11-2023 11:03:27 AM
88988

**INTERROGATORY NO. 4:**

Identify Plaintiff's compensation on an annualized basis.

**ANSWER:**


**INTERROGATORY NO. 5:**

Identify the benefits available to Plaintiff at the time of Plaintiff's termination.

**ANSWER:**


**INTERROGATORY NO. 6:**

Identify the date the Defendant decided to terminate the Plaintiff's employment.

**ANSWER:**


**INTERROGATORY NO. 7:**

Identify the individual that replaced the Plaintiff at the Defendant's facility.

**ANSWER:**


**INTERROGATORY NO. 8:**

Identify the cost of the benefits the Defendant provided to the Plaintiff on an annualized

basis.

**ANSWER:**


**INTERROGATORY NO. 9:**

Identify the reason(s) Defendant terminated the Plaintiff's employment.

Presiding Judge: HON. MICHAEL CAPERTON (627365)

IRPD : 000009 of 000015

Filed      22-CI-00863      12-08-2022      Roger Schott, Laurel Circuit Clerk

EXHIBIT 1

**ANSWER:**

**INTERROGATORY NO. 10:**

Identify the Plaintiff's direct supervisor.

**ANSWER:**

**INTERROGATORY NO. 11:**

Identify the General Manager for the facility where Plaintiff was employed.

**ANSWER:**

**INTERROGATORY NO. 12:**

Identify any and all positions to which Plaintiff applied at Defendant's facility.

**ANSWER:**

**INTERROGATORY NO. 13:**

Identify all complaints (oral or written) that Plaintiff made about discrimination while employed with the Defendant.

**ANSWER:**

**INTERROGATORY NO. 14:**

Identify the Defendant's anti-discrimination and anti-harassment policies.

**ANSWER:**

10

Filed          22-CI-00863      12-08-2022      Roger Schott, Laurel Circuit Clerk
NOT ORIGINAL DOCUMENT
01-11-2023 11:03:27 AM
58988

**INTERROGATORY NO. 15:**

Provide the factual basis for each affirmative defense asserted or that will be asserted in Defendant's Answer to Plaintiff's Complaint.  If the Defendant is currently unaware of any factual basis for any particular affirmative defense, enumerate the specific affirmative defenses for which the Defendant presently has no factual basis to assert.

**ANSWER:**

**INTERROGATORY NO. 16:**

Identify any instances (in the past 5 years) where a Defendant (at its Kentucky facility) has been accused of discrimination.

**ANSWER**

**INTERROGATORY NO. 17**

Identify and list all documents related to Plaintiff's complaints of discrimination.  (Those documents maybe attached as an exhibit, however, the Plaintiff insists that Defendant provide a written list identify each specific document.)

**ANSWER:**

**INTERROGATORY NO. 18**

Have any other incidents occurred in the same or similar manner as the incidents which are the subject of this litigation?  If so, state the names of the persons involved in the incidents, the dates of the incidents, last known address(s) of the individuals, provide their phone numbers

Presiding Judge: HON. MICHAEL CAPERTON (627365)

IRPD : 000011 of 000015

Filed          22-CI-00863      12-08-2022      Roger Schott, Laurel Circuit Clerk

EXHIBIT 1

and indicate whether litigation resulted therefrom, and if so, the name, place and docket number of any lawsuit.

**ANSWER:**

**INTERROGATORY NO 19.**

Indicate whether or not the Defendant, is the entity which employed the Plaintiff. Indicate whether or not the Plaintiff has sued the proper entity; if you contend Plaintiff has not sued the proper entity, indicate the identity and title of the organization that should be sued.

**ANSWER:**

**STATEMENT OF DOCUMENTS TO BE PRODUCED**

**REQUEST FOR PRODUCTION NO. 1:**

Provide all documents or writings that are identified, described, relate to and/or were referred to by you in preparing your Answers to Plaintiff's First Set of Interrogatories accompanying this Request.

**REQUEST FOR PRODUCTION NO. 2:**

Please produce a copy of every document which supports any defenses asserted or that will be asserted in your Answer to Plaintiff's Complaint. If the Defendant's list is incomplete, provide the documents currently known and supplement your responses at a later date.

**REQUEST FOR PRODUCTION NO. 3:**

Any and all documents relating to claims made by Plaintiff in this action or which otherwise relate to Plaintiff's employment and termination with the Defendant including, but not limited to, diaries, notes, letters, E-mails, logs, recordings of any kind, photos, computer generated information, voice mail and/or all other documents.

12

EXHIBIT 1

Filed          22-C I-00863          12-08-2022          Roger Schott, Laurel Circuit Clerk
NOT ORIGINAL DOCUMENT
01-11-2023 11:03:27 AM
88988

**REQUEST FOR PRODUCTION NO. 4:**

Any and all documents including, but not limited to, diaries, notes, letters, logs, electronic mail, recordings and any transcripts thereof, photos, computer generated information and/or all other documents, relating to or reflecting upon Plaintiff's communications with any managers or employees of the Defendant, or any of its parent, sister, or subsidiary companies, regarding any alleged unlawful, including opposition to unlawful conduct, wrongful, or tortious conduct, including any underlying events, facts, or circumstances relating to the allegations Plaintiff makes in the Complaint.

**REQUEST FOR PRODUCTION NO. 5:**

All documents which you expect or plan to use in the trial of the above-styled action, either as independent evidence, for impeachment purposes, to refresh recollection or otherwise. If the Defendant's list is incomplete, produce the documents currently known and supplement your response at a later date.

**REQUEST FOR PRODUCTION NO. 6:**

Any and all letters, statements, notes, recordings, electronic communications, documents, or other forms of communication between the Defendant and former employees of the Defendant concerning any of the underlying events, facts, or circumstances relating to Plaintiff's claims in this action.

**REQUEST FOR PRODUCTION NO. 7:**

Any and all letters, notes, recordings, electronic communications, or documents containing statements or other communications from or with persons with knowledge of the allegations, events, and claims relating to the claims or defenses raised in this action.

Presiding Judge: HON. MICHAEL CAPERTON (627365)

IRPD : 000013 of 000015

13

EXHIBIT 1

**REQUEST FOR PRODUCTION NO. 8:**

Produce the entire employment files of Plaintiff.  Make the appropriate redactions to each file as required by Federal, State and Local laws.

**REQUEST FOR PRODUCTION NO. 9:**

Produce all documents relating to claims of discrimination and or harassment against the Defendant in the last five (5) years which occurred in Kentucky.

**REQUEST FOR PRODUCTION NO. 10:**

Produce for copying and inspection an identical "image" of Plaintiff's supervisor's hard drive of his or her office computer.

**REQUEST FOR PRODUCTION NO. 11:**

Produce for copying and inspection any and all of Defendant's:   employment handbooks, policy manuals and training manuals relating to its operations in Kentucky.

**REQUEST FOR PRODUCTION NO. 12:**

Produce for copying and inspection any and all of the Defendants:   policies governing or pertaining to discrimination, harassment or retaliation (of any sort) which are used in its operations in Kentucky.

**REQUEST FOR PRODUCTION NO. 13:**

Produce for copying and inspection any insurance policy that does or might provide insurance coverage of any kind for any of the claims asserted by the Plaintiff in the Complaint.

**REQUEST FOR PRODUCTION NO. 14:**

Provide all other exhibits, notes, memoranda, letters or other documents you will or may use in support of your Defenses in this lawsuit, whether as evidence, base data or to refresh your recollections or that of other actual or potential witnesses, which are not described in any of the

EXHIBIT 1

Filed          22-CI-001863      12-08-2022        Roger Schott, Laurel Circuit Clerk

NOT ORIGINAL DOCUMENT
01-11-2023 11:03:27 AM
88988

categories of documents listed above.  If your list is incomplete, produce the documents you are

currently aware of and supplement your response at a later date.

Respectfully submitted,

/s/ Kurt A. Scharfenberger

Kurt A. Scharfenberger, Esq
9000 Wessex Place, Suite 204
Louisville, Kentucky 40222
Kurt@Scharfenberger-law.com
Counsel for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Plaintiff's First Set of
Interrogatories and Request for Production of Documents Propounded to Defendant was served
via regular mail with the complaint upon the Defendant's agent for service.

/s/ Kurt A. Scharfenberger

COUNSEL FOR PLAINTIFF

Presiding Judge: HON. MICHAEL CAPERTON (627365)

IRPD : 000015 of 000015

Filed          22-CI-001863      12-08-2022        Roger Schott, Laurel Circuit Clerk

EXHIBIT 1

 **Commonwealth of Kentucky**
**Roger Schott, Laurel Circuit Clerk**

NOT ORIGINAL DOCUMENT
01/11/2023 11:03:10 AM
88988

Case #: **22-CI-00863**                    Envelope #: **5351576**

Received From: **KURT ANTHONY  SCHARFENBERGI**        Account Of: **KURT ANTHONY  SCHARFENBERGER**

Case Title: **PEACE, SHAWNA VS. MAXIMUS FEDERAL**        Confirmation Number: **153930755**
**SERVICES, INC.**
Filed On **12/8/2022  8:44:28AM**

| # | Item Description | Amount |
|---|---|---|
| 1 | Court Facilities Fee | $25.00 |
| 2 | Access To Justice Fee | $20.00 |
| 3 | Money Collected For Others(Court Tech. Fee) | $20.00 |
| 4 | Money Collected For Others(Postage) | $31.04 |
| 5 | Money Collected For Others(Attorney Tax Fee) | $5.00 |
| 6 | Library Fee | $1.00 |
| 7 | Civil Filing Fee | $150.00 |
| 8 | Charges For Services(Copy - Photocopy) | $4.00 |
| 9 | Charges For Services(Jury Demand / 12) | $70.00 |
| | **TOTAL:** | $326.04 |

EXHIBIT 1



Date Produced: 12/19/2022

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE/RD item number 9236 0901 9403 8397 9860 84. Our records indicate that this item was delivered on 12/12/2022 at 12:02 p.m. in MC LEAN, VA 22102. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number:    C3856814.22963277

EXHIBIT 1


**UNITED STATES POSTAL SERVICE**

Date Produced: 12/19/2022

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE/RD item number 9236 0901 9403 8397 9861 14. Our records indicate that this item was delivered on 12/13/2022 at 07:57 a.m. in FRANKFORT, KY 40601. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number:       C3856814.22963278

EXHIBIT 1

Filed          22-CI-00863        01-03-2023        Roger Schott, Laurel Circuit Clerk
NOT ORIGINAL DOCUMENT
01-11-2023 11:04:18 AM
88988

**CIVIL ACTION NO. 22-CI-00863**

**LAUREL CIRCUIT COURT**
**DIVISION _____**
**JUDGE _____**

**SHAWNA PEACE,**                                                                  **Plaintiff**

**v.**

**MAXIMUS FEDERAL SERVICES,**                                      **Defendant.**
**INC.,**

---

**STIPULATION REGARDING EXTENSION OF TIME TO FILE RESPONSE**

---

As evidenced by the signature of counsel for Plaintiff below, Plaintiff, Shawna Peace,

hereby stipulates that Defendant, Maximus Federal Services, Inc., shall have a ten-day extension

of time to file a response to the Complaint, up to and including January 12, 2023.

STP   000001 of 000002

/s/ Jennifer S. Rusie
Jennifer S. Rusie, KY Bar No. 97123
JACKSON LEWIS, P.C.
611 Commerce Street
Suite 3102
Nashville, TN 37203
Telephone: 615-565-1664
Facsimile: 615-206-2244
Email: jennifer.rusie@jacksonlewis.com

*Attorneys for Defendant*


/s/ Kurt A. Scharfenberger
Kurt A. Scharfenberger
9000 Wessex Place, Suite 204
Louisville, Kentucky 40222
Email: kurt@scharfenberger-law.com

*Attorneys for Plaintiff*


## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2023, a true and correct copy of the foregoing Stipulation Regarding Extension of Time to File Responsive Pleading has been served via the Court's e-filing system, to the following counsel of record:

Kurt A. Scharfenberger
9000 Wessex Place, Suite 204
Louisville, Kentucky 40222
Email: kurt@scharfenberger-law.com

*Attorneys for Plaintiff*


/s/ Jennifer S. Rusie

4888-9093-6903, v. 1

STP - 000002 of 000002

EXHIBIT 1

Tendered      22-CI-00863      01-09-2023      Roger Schott, Laurel Circuit Clerk
NOT ORIGINAL DOCUMENT
01-11-2023 11:04:34 AM
88088

# COMMONWEATH OF KENTUCKY
## LAUREL CIRCUIT COURT
## DIVISION TWO (2)
### *ELECTRONICALLY FILED*

|  |  |  |
|---|---|---|
| SHAWNA PEACE, | ) | |
| | ) | |
| **Plaintiff,** | ) | Civil Action No. 22-CI-00863 |
| | ) | |
| **vs.** | ) | Hon. Michael O. Caperton |
| | ) | |
| **MAXIMUS FEDERAL SERVICES, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## AGREED ORDER

By agreement of the parties, Defendant is granted a 30-day extension within which to file responsive pleadings to Plaintiff's Complaint, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that Defendant shall file responsive pleadings to Plaintiff's Complaint on or before February 2, 2023.

So Ordered, this ____ day of _____, 2023.

_____
Laurel Circuit Judge

Seen and Agreed:

*/s/ Kurt A. Scharfenberger (w/consent LDM)*     */s/ LaToi D. Mayo*

Kurt A. Scharfenberger                LaToi Mayo
9000 Wessex Place, Ste. 204           Littler Mendelson, P.S.C.
Louisville, KY 40222                  333 West Vine Street, Suite 1720
Telephone: (502) 561-0777            Lexington, KY 40507
kurt@scharfenberger-law.com           Telephone: (859) 317-7970
Counsel for Plaintiff                 lmayo@littler.com
                                      *Counsel for Defendant*

TD : 000001 of 000002

Tendered      22-CI-00863      01-09-2023      Roger Schott, Laurel Circuit Clerk

EXHIBIT 1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on

_____, 2023, via first-class mail to the following:

Kurt A. Scharfenberger
9000 Wessex Place, Suite 204
Louisville, KY  40222

LaToi D. Mayo
LITTLER MENDELSON PSC
333 W. Vine St., Ste. 1720
Lexington, KY 40507

_____
Clerk, Laurel Circuit Court