Filed        22-CI-00803    12-08-2022    Roger Schott, Laurel Circuit Clerk
                                          NOT ORIGINAL DOCUMENT
                                          01/11/2023 11:02:53 AM
                                          88988

| CIVIL ACTION NO. _____ | LAUREL CIRCUIT COURT |
|---|---|
| | DIVISION _____ |
| | JUDGE: -------------- |

SHAWNA PEACE                                              PLAINTIFF
500 CORBIN MANOR APT. 16
CORBIN, KY 40701

V.
                        **COMPLAINT**

MAXIMUS FEDERAL SERVICES, INC.                            DEFENDANT
1600 TYSONS BOULEVARD
SUITE 1400
MCLEAN, VA 22102

SERVE:   CORPORATION SERVICE COMPANY
         421 WEST MAIN STREET
         FRANKFORT, KY 40601

## I. INTRODUCTION

Comes the Plaintiff, SHAWNA PEACE (hereinafter "PEACE" or "Plaintiff"), and for Plaintiff's Complaint against the Defendant, MAXIMUS FEDERAL SERVICES, INC. (hereinafter "MAXIMUS FEDERAL SERVICES, INC." states as follows:

## II. PARTIES, JURISDICTION AND VENUE

1.   Plaintiff PEACE is a Kentucky resident living in Kentucky.

2.   Defendant MAXIMUS FEDERAL SERVICES, INC. is a corporation doing business in Kentucky. Defendant is a Kentucky corporation. The Defendant maintains an operations facility within LAUREL County, Kentucky.

3.   Venue is proper in LAUREL Circuit Court pursuant to Kentucky Revised Statutes ("KRS"), Chapter 452, because the events that give rise to the causes of action in this case occurred in LAUREL County, Kentucky. The amount in controversy exceeds the jurisdictional limit of

this court, but is less than $75,000 inclusive of fees, punitive damages and the fair value of any injunctive relief.

### III.   CLAIMS AND CAUSES OF ACTION

4.   PEACE is former employee of the Defendant. The Defendant employed the Plaintiff at its facility in London, KENTUCKY. PEACE worked for MAXIMUS FEDERAL SERVICES, INC. from December 2021 until May 2022. Plaintiff worked as a customer service representative.

5.   During Plaintiff's employment the Plaintiff was repeatedly subjected to inappropriate sexual comments of a sexual nature. The comments were made by (supervisor) Michael Reidman and included (but were not limited) requests for sex.

6.   PEACE complained about and reported sexual harassment in the workplace to manager Julia Singer. PEACE's complaints were in accordance with MAXIMUS FEDERAL SERVICES, INC.'S policies.

7.   In response to PEACE's complaints, MAXIMUS FEDERAL SERVICES, INC. retaliated against the Plaintiff by worsening the harassment and altering Plaintiff's employment conditions. The constant retaliation and abuse had an adverse impact on Plaintiff's ability to work and lead to Plaintiff's constructive discharge.

### IV.   CLAIMS AND CAUSES OF ACTION
### A.   HOSTILE WORK ENVIRONMENT

8.   PEACE re-alleges all allegations contained in Paragraphs 1 through 7 above as if fully set forth herein.

9.   The Defendants' actions constitute sexual harassment and unlawful constructive discharge under the Kentucky Civil Rights Act, Chapter 344 *et. seq.* (hereinafter "KRS 344").

## B. UNLAWFUL RETALIATION KRS 344.280

10. PEACE re-alleges all allegations contained in Paragraphs 1 through 9 above as if fully set forth herein.

11. Defendant's actions constitute retaliation in violation of KRS 344.280 *et seq.*

## V. PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff respectfully prays that Plaintiff be awarded the following relief and all other relief to which Plaintiff is entitled:

A. Trial by jury;

B. Judgment against the Defendant on all claims asserted herein;

C. Compensatory damages including but not limited to past and future lost wages and past and future lost benefits;

D. Compensatory damages including but not limited to emotional distress, mental anguish, humiliation and embarrassment;

E. Punitive damages to punish and deter similar future unlawful conduct;

F. An award of statutory attorney fees, costs and expenses; and

G. Statutory interest on all damages awards, verdicts or judgments.

/s/ Kurt A. Scharfenberger

Kurt A. Scharfenberger
9000 Wessex Place, Suite 204
Louisville, Kentucky 40222
(502) 561-0777 (phone)
(502) 236-0888 (fax)
*Kurt@Scharfenberger-law.com*

*Attorney for the Plaintiff*

3

| AOC-E-105    Sum Code: CI | | Case #: **22-CI-00863** |
|---|---|---|
| Rev. 9-14 |  | Court: **CIRCUIT** |
| Commonwealth of Kentucky<br>Court of Justice    Courts.ky.gov | | County: **LAUREL** |
| CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | |

*Plantiff*, **PEACE, SHAWNA VS. MAXIMUS FEDERAL SERVICES, INC.**, *Defendant*

TO:  **MAXIMUS FEDERAL SERVICES, INC.**
     **1600 TYSONS BOULEVARD**
     **SUITE 1400**
     **MC LEAN, VA 22102**

Memo: Registered Agent of Service exists.

The Commonwealth of Kentucky to Defendant:

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

                                    /s/ Roger Schott, Laurel
                                    Circuit Clerk
                                    Date: **12/8/2022**

### Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

Date: _____, 20_____        _____
                                              Served By

                                       _____
                                              Title

Summons ID: @00000214211
CIRCUIT: 22-CI-00863 Certified Mail
PEACE, SHAWNA VS. MAXIMUS FEDERAL SERVICES, INC.



Page 1 of 1

**eFiled**

| AOC-E-105   Sum Code: CI | | Case #: **22-CI-00863** |
|---|---|---|
| Rev. 9-14 |  | Court: **CIRCUIT** |
| Commonwealth of Kentucky | | County: **LAUREL** |
| Court of Justice   Courts.ky.gov | | |
| CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | |

Plantiff, **PEACE, SHAWNA VS. MAXIMUS FEDERAL SERVICES, INC.**, Defendant

TO: **CORPORATION SERVICE COMPANY**
**421 WEST MAIN STREET**
**FRANKFORT, KY 40601**

Memo: Related party is MAXIMUS FEDERAL SERVICES, INC.

The Commonwealth of Kentucky to Defendant:
**MAXIMUS FEDERAL SERVICES, INC.**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ Roger Schott, Laurel
Circuit Clerk
Date: **12/8/2022**

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20 ___    _____
                                 Served By

                                 _____
                                 Title

Summons ID: @00000214212
CIRCUIT: 22-CI-00863 Certified Mail
PEACE, SHAWNA VS. MAXIMUS FEDERAL SERVICES, INC.



Page 1 of 1

*e*Filed